**People of the State of Illinois, Plaintiff-Appellee, v. James Winchell, Defendant-Appellant.**

**Gen. No. 67–65. (Abstract of Decision.)**

Third District.

October 7, 1968.

Opinion by JUSTICE SCHEINEMAN. Not to be published in full.